**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO.: 21-40328-KKS
                                                   CHAPTER 13

SEAN RILEY BUSS

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S RECOMMENDATION OF**
**CONFIRMATION OF DEBTOR(S)'** *CHAPTER 13 PLAN -*
***SECOND AMENDED* (ECF NO. 29)**

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Recommendation of Confirmation of Debtor(s)' Chapter 13 Plan, and states:

The Chapter 13 Trustee has reviewed the Debtor(s)' Plan and recommends that the Court enter an Order confirming the Debtor(s)' *Chapter 13 Plan - Second Amended* (ECF No. 29), and such other relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   850-681-2734 "Telephone"
   850-681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

SEAN RILEY BUSS
4910 N. MONROE STREET, APT G205
TALLAHASSEE, FL 32303

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

March 16, 2022